EDP:ADW
F. #2020R00192

**\*\*FILED\*\***
**6/15/2022**

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

I N D I C T M E N T

- against -

Cr. No. **1:22-cr-00278(FB)(RML)**

(T. 21, U.S.C., §§ 853(a), 853(p), ███
959(d), ██████, 960(b)(1)(B)(ii), 963
and 970; T. 18, U.S.C., §§ ███████
███████ 3238 and 3551 et
seq.)

JESUS GUZMAN-CASTRO,
    also known as "Chuy,"
    "El Narizon" and "Pinocho,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

COUNT ONE
(International Cocaine Distribution Conspiracy)

1.    In or about and between December 2015 and March 2021, both dates

being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the

defendants ████████████████████████████████

████████████████████ JESUS GUZMAN-CASTRO, also known as "Chuy," "El

Narizon" and "Pinocho," together with others, did knowingly and intentionally conspire to

distribute a controlled substance, intending, knowing and having reasonable cause to believe that

such substance would be unlawfully imported into the United States from a place outside thereof,

which offense involved a substance containing cocaine, a Schedule II controlled substance,

contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3).   The amount of cocaine

involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 963, 959(d) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3238 and 3551 et seq.)





CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE AND TWO

4.      The United States hereby gives notice to the defendants charged in Counts

One and Two that, upon their conviction of either of such offenses, the government will seek

forfeiture in accordance with Title 21, United States Code, Sections 853(a) and 970, which

require any person convicted of such offenses to forfeit: (a) any property constituting, or derived

from, any proceeds obtained directly or indirectly as the result of such offenses; and (b) any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, such offenses.

5.      If any of the above-described forfeitable property, as a result of any act or

omission of the defendants:

        (a)      cannot be located upon the exercise of due diligence;

        (b)      has been transferred or sold to, or deposited with, a third party;

        (c)      has been placed beyond the jurisdiction of the court;

4

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a), 853(p) and 970)





A TRUE BILL

s/
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00192
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

████████████████████████████████ JESUS GUZMAN-
CASTRO, also known as "Chuy," "El Narizon" and "Pinocho,"

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), ████ 959(d),
960(b)(1)(B)(ii), 963 and 970; T. 18, U.S.C., §§████████████
████ , 3238 and 3551 et seq.)

*A true bill.*

s/

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Andrew Wang, Assistant U.S. Attorney (718) 254-6311*