

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADW
F. #2020R00192

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 22, 2026

<u>By USAFx and ECF</u>

Christopher Wright, Esq.
299 Broadway, Suite 708
New York, New York 10007

Virginia Alvarez, Esq.
233 Broadway, Suite 2348
New York, New York 10279

> Re: United States v. Jesus Guzman Castro
> <u>Criminal Docket No. 22-278 (FB)</u>

Dear Counsel:

Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 21). Enclosed please find applications, supporting affidavits, court orders, and court filings relating to Title III orders authorizing the interception of electronic communications (Bates-numbered SENSITIVE_JGC000934 – 003486). The government also requests reciprocal discovery from the defendant.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Andrew D. Wang
Andrew D. Wang
Assistant U.S. Attorney
(718) 254-6311

Enclosures

cc: Clerk of the Court (FB) (by ECF) (without enclosures)